**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA ex. rel. TZAC,
INC.,

Plaintiff,

-against-                                              17 **CIVIL** 4135 (PKC)

**JUDGMENT**

CHRISTIAN AID,

Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated June 9, 2021, Christian Aid's motion to dismiss is

GRANTED. Judgment is entered for the defendant dismissing the claim for lack of personal

jurisdiction; accordingly, the case is closed.

**Dated:**  New York, New York

June 10, 2021

RUBY J. KRAJICK
_____
Clerk of Court

BY: _____

Deputy Clerk